JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SKYE DAVIS (NYBN 3994076)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone: (510) 637-3771
    Facsimile:  (510) 637-3724
    E-Mail:     Skye.Davis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00041 DLJ |
| Plaintiff, | [PROPOSED] ORDER DETAINING DEFENDANT GREGORY CRAWFORD PENDING TRIAL |
| v. | |
| GREGORY EDWARD CRAWFORD, a/k/a Gregory Crawford, a/k/a Gregory Crawford, Jr., a/k/a Gregory E. Crawford, a/k/a Gregory NMN Crawford, | Date:  February 5, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Laurel Beeler |
| Defendant. | |

## I.  DETENTION ORDER

Defendant Gregory Crawford is charged in a two-count indictment with (1) possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D), and (2) being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g). On February 2, 2010, the United States moved for defendant's detention pursuant to 18 U.S.C. § 3142(f)(1)(E) (because the crime involved the possession of a firearm), and subsequently asked

for a detention hearing in three days, as permitted by section 3142(f).  Following a hearing under 18 U.S.C. § 3142(f), and considering the parties' proffer, the criminal history study, and the factors set forth in section 3142(g), the Court finds clear and convincing evidence that Crawford is a danger to the community and by a preponderance of the evidence that he is a serious risk of flight and that no condition or combination of conditions in section 3142(c) will reasonably assure his appearance in this case or the safety of any other person or the community.  *See* 18 U.S.C. § 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

Specifically, Crawford's offense involved the possession of a loaded gun which discharged as members of the Oakland Police Department were attempting to conduct a probation search. He also has an extensive history of probation revocations and convictions for possessing narcotics for sale.   These facts establish a danger to the community.  The serious nature of the charges raises concern about flight risk while the numerous probation revocations raises concern about the defendant's ability to comply with any conditions of release that the Court might set.

Crawford did not request a full bail study at this time, such as an interview by Pretrial Services. *See 18* U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing to, with the assistance of counsel, testify, present witnesses, cross-examine adverse witnesses, and present information by proffer or otherwise).  After being advised of his rights under section 3142 (f), Crawford also declined to make a proffer at the hearing, but expressly retained his right to raise any additional relevant information at a later time.

## II.  CONCLUSION

The Court detains Crawford as a danger to the community and as a serious flight risk. Because Crawford waived his right to present information under 3142(f) without prejudice to raising any relevant information at a later hearing, the Court orders that the hearing may be reopened at Crawford's request at any future time.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  *See* 18 U.S.C. §

3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id.* § 3142(i)(4).

IT IS SO ORDERED

DATED: February 8, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER RE: DETENTION AND TIME EXCLUSION
CR-10-00041 DLJ (LB)                              3